Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL IX

| | | |
|---|---|---|
| BEVERLY SIERRA ALBERTORIO, NOEL SANTOS MONTES<br><br>Recurridos<br><br>v.<br><br>JAIME ANTONIO SIERRA ALBERTORIO, MR. PELICAN RESTAURANT AND TAPAS, INC.<br><br>Peticionarios | TA2026CE00474 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Ponce<br><br>Caso número: PO2019CV00389<br><br>Sobre: Incumplimiento de Contrato |

Panel integrado por su presidenta, la juez Brignoni Mártir, el juez Salgado Schwarz y la juez Aldebol Mora.

Aldebol Mora, Juez Ponente

# **RESOLUCIÓN**

En San Juan, Puerto Rico, a 27 de abril de 2026.

Examinado el *Recurso de Certiorari Civil* instado por la parte peticionaria, Jaime A. Sierra Albertorio y otros, el 16 de abril de 2026, prescindimos de la comparecencia de la parte recurrida, conforme a la Regla 7(B)(5) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 7(B)(5). En consecuencia, resolvemos que procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de *certiorari*. Véase, Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones